IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| STEPHEN HAHN<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 6:15-cv-00218 |
| | § | |
| UNITED FIRE AND CASUALTY<br>COMPANY<br>*Defendant.* | §<br>§<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL

COMES NOW, Plaintiff, STEPHEN HAHN ("Plaintiff"), and Defendant, United First & Casualty Company ("Defendant"), and respectfully file this their Agreed Stipulation of Dismissal, and respectfully show as follows:

1.  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party is to bear its own costs and fees.

May 4 , 2017

FOR THE PLAINTIFF:

By: */s/ Clare L. Pace*
CLARE L. PACE
STATE OF TEXAS BAR NO. 24079097
CPACE@MDTLAW.COM
GERALD T. DROUGHT
STATE OF TEXAS BAR NO. 06134800
GDROUGHT@MDTLAW.COM
BANK OF AMERICA PLAZA, 25TH FLOOR
300 CONVENT STREET
SAN ANTONIO, TEXAS 78205
TELEPHONE:    210-227-7591
FACSIMILE:    210-227-7924

***ATTORNEYS FOR PLAINTIFF, STEPHAN HAHN***

FOR THE DEFENDANT:

By: */s/ J. Chad Gauntt*
J. CHAD GAUNTT
STATE BAR NO. 07765990
EMAIL:  CHAD.GAUNTT@GKBWKLAW.COM
ATTORNEY IN CHARGE
DAVID P. ANDIS
STATE BAR NO. 00793265
DAVID.ANDIS@GKBWKLAW.COM
1400 WOODLOCH FOREST DRIVE, SUITE 575
THE WOODLANDS, TEXAS 77380
TELEPHONE:    281-367-6555
FACSIMILE:    281-367-3705

***ATTORNEYS FOR DEFENDANT UNITED FIRE & CASUALTY COMPANY***